UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**Order Filed on April 1, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Case No.:   _____

Chapter:    11 (Small Business Subchapter V)

Judge:      _____

**ORDER SETTING DEADLINES AND SCHEDULING CONFIRMATION HEARING**

The relief set forth on the following page is **ORDERED**.

**DATED: April 1, 2021**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

1

This matter having been opened to the Court by_____, Debtor, upon the filing of a Small Business Plan pursuant to Subchapter V of Chapter 11; it is

**ORDERED**, and notice is hereby given, that:

A. Within 3 days after the entry of this Order, the Plan, a ballot conforming to Official Form 314, and a copy of this Order must be served on creditors, equity security holders, and other parties in interest by the Debtor, and shall be transmitted to the Subchapter V trustee and to the United States Trustee.

B. _____ is fixed as the last day for filing and serving written objections to confirmation of the Plan.

C. _____ is fixed as the last day for voting to accept or reject the Plan under D.N.J. LBR 3018-1(a).

D. A hearing will be scheduled for _____ at _____for confirmation of the Plan before the Honorable _____, United States Bankruptcy Court, District of New Jersey, _____, in Courtroom _____.

*new.2/19/2020*