Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 20−24073−KCF
Chapter: 11
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Salvatore Marzella
   191 Round Hill Drive
   Freehold, NJ 07728

Social Security No.:
   xxx−xx−9422

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Kathryn C. Ferguson on:

Date:       5/27/21
Time:       02:30 PM
Location:   Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Steven J. Abelson, Debtor's Attorney

COMMISSION OR FEES
FEES $20,335.00

EXPENSES
$2,345.77

If this is a chapter 13 case, the fees and expenses awarded:

☐  will not reduce the amount to be paid to general unsecured creditors under the plan.

☐  will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: April 20, 2021
JAN:

                                        Jeanne Naughton
                                        Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                     Case No. 20-24073-KCF

Salvatore Marzella                                                                              Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                                           User: admin                                        Page 1 of 3

Date Rcvd: Apr 20, 2021                            Form ID: 137                                  Total Noticed: 43

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+                  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++                Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 22, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Salvatore Marzella, 191 Round Hill Drive, Freehold, NJ 07728-8217 |
| 519062394 | + | Allergy Pediatric Assoc, c/o C.tech Collections, PO Box 402, Mount Sinai, NY 11766-0402 |
| 519062396 | + | American Express, 200 Vesey Street, New York, NY 10285-0002 |
| 519076877 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519062400 | + | Brian Allen, 102 Nehring Avenue, Staten Island, NY 10314-6121 |
| 519112821 | + | Corey & Emily Durney, 5B Yafa Court, Staten Island, NY 10314-1733 |
| 519112820 | + | Dena Pattakos, 191 Round Hill Drive, Freehold, NJ 07728-8217 |
| 519062402 | ++ | FORD MOTOR CREDIT COMPANY, P O BOX 62180, COLORADO SPRINGS CO 80962-2180 address filed with court:, Ford Motor Credit*, Bankruptcy Service Center, P.O. Box 6275, Dearborn, MI 48121 |
| 519062403 | + | Gillette Enterprises, 251 Jernee Mill Road, Suite A, Sayreville, NJ 08872-1999 |
| 519062404 | + | HYG Financial Services Inc., 800 Walnut Street, Des Moines, IA 50309-3605 |
| 519062405 | ++ | JERSEY CENTRAL POWER AND LIGHT COMPANY, BUILDING 3, 331 NEWMAN SPRINGS ROAD, RED BANK NJ 07701-5688 address filed with court:, Jersey Central Power & Light, PO Box 3687, Akron, OH 44309-3687 |
| 519115430 | + | JPMORGAN CHASE BANK, N.A, c/o ALDRIDGE PITE, LLP, 4375 Jutland Drive, Suite 200, P.O. Box 17933, San Diego, CA 92177-7921 |
| 519112961 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 519165802 | + | NYC District Council Caprenters, Benefit Fund, 395 Huson St., 9th Fl., New York, NY 10014-7450 |
| 519110849 | + | NYC District Council of Carpenters Benefit Funds, Virginia & Ambinder, LLP, 40 Broad Street, 7th Floor, New York, NY 10004-2776 |
| 519099763 | | NewRez LLC DBA Shellpoint Mortgage Servicing, PO Box 10826, Greenville SC 29603-0826 |
| 519062407 | + | Optimum, P.O. Box 742698, Cincinnati, OH 45274-2698 |
| 519134175 | + | Selective Company of America, ATTN: BRETT S. THEISEN, Gibbons P.C., One Gateway Center, Newark, NJ 07102-5310 |
| 519134176 | + | Selective Insurance Company of America, ATTN: BRETT S. THEISEN, Gibbons P.C., One Gateway Center, Newark, NJ 07102-5310 |
| 519134169 | + | Selective Insurance Company of South Carolina, ATTN: Brett S. Theisen, GIBBONS P.C., One Gateway Center, Newark, NJ 07102-5310 |
| 519062410 | + | Speedway/WEX, PO Box 1590, Springfield, OH 45501-1590 |
| 519062411 | + | Thomas J. Veth, CPA, 107 Memorial Parkway, Atlantic Highlands, NJ 07716-1602 |
| 519062412 | + | Timothy Kilgannon, Esq., 1551 Kellum Place, Mineola, NY 11501-4825 |
| 519062413 | + | Trustee-NYC DIstrict Counsel, 395 Hudson Street, New York, NY 10014-3669 |
| 519062414 | + | Trustees- NYC Carpenters Labor-Mgr. Corp, 395 Hudson Street, New York, NY 10014-3669 |
| 519062415 | + | Virginia & Ambinder, LLP, Attn: John M. Harras, ESq., 40 Broad Street, 7th Fl, New York, NY 10004-2776 |
| 519062416 | + | Wells Fargo Bank, P.O. Box 14517, Des Moines, IA 50306-3517 |
| 519076610 | | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 519062417 | + | Ziskin Law Firm, 6268 Jericho Turnpike #12a, Commack, NY 11725-5907 |

TOTAL: 29

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 20 2021 21:00:00 | Dist Dir of IRS, Insolvency Function, PO Box 724, Springfield, NJ 07081-0724 |
| smg | Email/Text: usanj.njbankr@usdoj.gov | Apr 20 2021 21:01:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 20 2021 21:01:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 519062398 | | Email/Text: bruce.hudson@aztecfinancial.com | Apr 20 2021 21:00:00 | Aztec Financial, 556 W Confluence Ave., Salt Lake City, UT 84123 |
| 519066114 | | Email/Text: ally@ebn.phinsolutions.com | Apr 20 2021 21:00:00 | Ally Capital, PO Box 130424, Roseville MN 55113-0004 |
| 519062395 | + | Email/Text: ally@ebn.phinsolutions.com | Apr 20 2021 21:00:00 | Ally Financial*, P.O. Box 380901, Bloomington, MN 55438-0901 |
| 519062397 | + | Email/Text: sternback@heitnerbreitstein.com | Apr 20 2021 21:01:00 | Aramsco, Inc., c/o Heitner & Breitstein PC, 28 N. Main Street, Marlboro, NJ 07746-1429 |
| 519062399 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 20 2021 20:58:03 | Best Buy Credit Services*, Citibank, P.O. Box 790441, Saint Louis, MO 63179-0441 |
| 519062401 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Apr 20 2021 20:57:55 | Chase Bank/Bankruptcy*, Attn. Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 519062406 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Apr 20 2021 20:57:10 | JPMCB Card Services*, PO Box 15369, Wilmington, DE 19850 |
| 519106551 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Apr 20 2021 20:57:10 | JPMorgan Chase Bank, N.A., c/o Mark A. Jarman, P.O. Box 29550 Mail Code AZ1-1004, Phoenix, AZ 85038 |
| 519110612 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Apr 20 2021 20:57:55 | JPMorgan Chase Bank, National Association, Chase Records Center, At: Correspondence, Mail Code LA4-5555, 700 Kansas Lane, Monroe LA 71203 |
| 519062408 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 20 2021 21:00:00 | PNC Bank*, 2730 Liberty Ave, Pittsburgh, PA 15222 |
| 519062409 | + | Email/Text: bankruptcy@pseg.com | Apr 20 2021 21:00:00 | PSE&G*, Collection Center, P.O. Box 490, Cranford, NJ 07016-0490 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519077561 | *+ | Department of Treasury, Internal Revenue Service, P O Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 22, 2021     Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 19, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|

Case 20-24073-KCF    Doc 54    Filed 04/22/21    Entered 04/23/21 00:15:23    Desc Imaged
Certificate of Notice    Page 5 of 5

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Apr 20, 2021 | Form ID: 137 | Total Noticed: 43 |

| | |
|---|---|
| Carol L. Knowlton | on behalf of Creditor Brian Allen cknowlton@gorskiknowlton.com |
| Charles Virginia | on behalf of Creditor Trustees of the New York City District Council of Carpenters Benefit Funds cvirginia@vandallp.com ecodispoti@vandallp.com;nmarimon@vandallp.com;jharras@vandallp.com |
| Christian Del Toro | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION cdeltoro@martonelaw.com, bky@martonelaw.com |
| Denise E. Carlon | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Lauren Bielskie | on behalf of U.S. Trustee U.S. Trustee lauren.bielskie@usdoj.gov |
| Melissa N. Licker | on behalf of Creditor JPMorgan Chase Bank  National Association NJ_ECF_Notices@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Nicole M. Nigrelli | nnigrelli@ciardilaw.com |
| Phillip Andrew Raymond | on behalf of Creditor JPMorgan Chase Bank  National Association phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Steven J. Abelson | on behalf of Debtor Salvatore Marzella sjaesq@atrbklaw.com  atrbk1@gmail.com;r49787@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 10