UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

ABELSON LAW OFFICES
By: Steven J. Abelson, Esq.
80 West Main Street
P.O. Box 7005
Freehold, New Jersey 07728 (732) 462-4773
Attorney for Debtor
ID # (SA) 7987

In Re:

SALVATORE MARZELLA

Case No.: 20-24073
Adv. Pro. No.: _____
Chapter: 11
Hearing Date: 5/13/21
Judge: KCF

## ADJOURNMENT REQUEST

1. I, _____Steven J. Abelson_____,

   ☒ am the attorney for: _____Debtor_____,

   ☐ am self represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: Confirmation Hearing

   Current hearing date and time: 5/13/21 @ 2pm

   New date requested: 6/10/21 @ 2pm

   Reason for adjournment request: Attempting to resolve Objection to Confirmation by Chase Mortgage, but forbearance period needs to expire in May before it can resolve

2. Consent to adjournment:

   ☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: 4/29/21                                   /s/ Steven J. Abelson
                                                Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted            New hearing date:  6/10/2021 at 2:00 p.m.            ☐ Peremptory

☐ Granted over objection(s)    New hearing date: _____            ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*new. 9/23/15*