UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
MARTONE & UHLMANN,
A PROFESSIONAL CORPORATION
777 PASSAIC AVE STE 535
CLIFTON, NJ 07012
(973) 473-3000; bky@martonelaw.com
Attorneys for Secured Creditor/Servicing Agent
PNC BANK, NATIONAL ASSOCIATION
36.4989

In re:

Salvatore Marzella

**Order Filed on May 24, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No. 20-24073

Chapter 11

Judge Kathryn C. Ferguson

**CONSENT ORDER RESOLVING THE MOTION TO PERMIT BAR DATE PROOF OF CLAIM FILING AS TO THE PROPERTY LOCATED AT 58 YAFA COURT STATEN ISLAND, NEW YORK 10314**
(REAL PROPERTY)

The relief set forth on the following pages numbered two through two is hereby

ORDERED

**DATED: May 24, 2021**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

(Page 2)
Debtor:            Salvatore Marzella
Case No.:          20-24073
Caption of Order:  CONSENT ORDER RESOLVING MOTION TO PERMIT POST BAR DATE PROOF OF CLAIM FILING

This matter being opened to the Court by Martone and Uhlmann, P.C., attorneys for the Secured Creditor, PNC BANK, NATIONAL ASSOCIATION, upon the Motion to Permit Post Bar Date Proof of Claim Filing with regards to the treatment of Secured Creditor's lien secured by the property located at 58 YAFA COURT STATEN ISLAND, NEW YORK 10314, in a Chapter 11, Sub Chapter V case and due notice of said Motion to the Debtor and the attorney for the Debtor, and for good cause shown, it is

1. ORDERED that within fourteen (14) days of the entry of this order; and

2. ORDERED that the Trustee is authorized to pay the Secured Creditor the Total Arrears under the Proof of Claim to be filed; and

3. ORDERED, that the Debtor will continue to make their regular mortgage payments consistent with the terms of the Mortgage outside the Plan;

   Payment shall be made payable to PNC BANK, NATIONAL ASSOCIATION, and sent directly to Secured Creditor at P.O. Box 94982, Cleveland, Ohio 44101

4. ORDERED that the movant shall serve a filed copy of this Order on the Debtor via regular mail. The Debtor's attorney and Trustees will be served electronically via the U.S. Bankruptcy Court's CM/ECF system.

*The undersigned hereby consent to the
form and entry of the within Order:*


**Abelson Law Office**
*Attorneys for Debtor*

By:/s/Steven J. Abelson
Steven J. Abelson, Esq.
Dated:_5-21-2021__

**Martone and Uhlmann, P.C.**
*Attorneys for Secured Creditor*

By:_/s/Christian Del Toro, Esq._
Christian Del Toro, Esq.
Dated:_5/21/2021