| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>MARTONE & UHLMANN,<br>A PROFESSIONAL CORPORATION<br>777 PASSAIC AVE STE 535<br>CLIFTON, NJ 07012<br>(973) 473-3000; bky@martonelaw.com<br>Attorneys for Secured Creditor/Servicing Agent<br>PNC BANK, NATIONAL ASSOCIATION<br>36.4989 | Order Filed on May 24, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>Salvatore Marzella | Case No. 20-24073<br><br>Chapter 11<br><br>Judge Kathryn C. Ferguson |

**CONSENT ORDER RESOLVING THE MOTION TO PERMIT BAR DATE PROOF OF CLAIM FILING AS TO THE PROPERTY LOCATED AT 58 YAFA COURT STATEN ISLAND, NEW YORK 10314**
(REAL PROPERTY)

The relief set forth on the following pages numbered two through two is hereby

ORDERED

**DATED: May 24, 2021**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

(Page 2)
Debtor:                  Salvatore Marzella
Case No.:                20-24073
Caption of Order:        CONSENT ORDER RESOLVING MOTION TO PERMIT POST BAR DATE PROOF OF CLAIM FILING

This matter being opened to the Court by Martone and Uhlmann, P.C., attorneys for the Secured Creditor, PNC BANK, NATIONAL ASSOCIATION, upon the Motion to Permit Post Bar Date Proof of Claim Filing with regards to the treatment of Secured Creditor's lien secured by the property located at 58 YAFA COURT STATEN ISLAND, NEW YORK 10314, in a Chapter 11, Sub Chapter V case and due notice of said Motion to the Debtor and the attorney for the Debtor, and for good cause shown, it is

1. ORDERED that within fourteen (14) days of the entry of this order; and

2. ORDERED that the Trustee is authorized to pay the Secured Creditor the Total Arrears under the Proof of Claim to be filed; and

3. ORDERED, that the Debtor will continue to make their regular mortgage payments consistent with the terms of the Mortgage outside the Plan;

   Payment shall be made payable to PNC BANK, NATIONAL ASSOCIATION, and sent directly to Secured Creditor at P.O. Box 94982, Cleveland, Ohio 44101

4. ORDERED that the movant shall serve a filed copy of this Order on the Debtor via regular mail. The Debtor's attorney and Trustees will be served electronically via the U.S. Bankruptcy Court's CM/ECF system.

*The undersigned hereby consent to the
form and entry of the within Order:*


**Abelson Law Office**
*Attorneys for Debtor*

By:/s/Steven J. Abelson
Steven J. Abelson, Esq.
Dated:_5-21-2021__

**Martone and Uhlmann, P.C.**
*Attorneys for Secured Creditor*

By:_/s/Christian Del Toro, Esq._
Christian Del Toro, Esq.
Dated:_5/21/2021

United States Bankruptcy Court

District of New Jersey

In re:  
Salvatore Marzella  
    Debtor

Case No. 20-24073-KCF  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2  
Date Rcvd: May 24, 2021      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 26, 2021:**

**Recip ID**      **Recipient Name and Address**  
db      + Salvatore Marzella, 191 Round Hill Drive, Freehold, NJ 07728-8217

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 26, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 24, 2021 at the address(es) listed below:**

**Name**      **Email Address**

Carol L. Knowlton  
     on behalf of Creditor Brian Allen cknowlton@gorskiknowlton.com

Charles Virginia  
     on behalf of Creditor Trustees of the New York City District Council of Carpenters Benefit Funds cvirginia@vandallp.com ecodispoti@vandallp.com;nmarimon@vandallp.com;jharras@vandallp.com

Christian Del Toro  
     on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION cdeltoro@martonelaw.com, bky@martonelaw.com

Denise E. Carlon  
     on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Lauren Bielskie  
     on behalf of U.S. Trustee U.S. Trustee lauren.bielskie@usdoj.gov

Melissa N. Licker

on behalf of Creditor JPMorgan Chase Bank  National Association NJ_ECF_Notices@mccalla.com, mccallaecf@ecf.courtdrive.com

Nicole M. Nigrelli

nnigrelli@ciardilaw.com

Phillip Andrew Raymond

on behalf of Creditor JPMorgan Chase Bank  National Association phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com

Regina Cohen

on behalf of Creditor Ally Capital rcohen@lavin-law.com  ksweeney@lavin-law.com

Steven J. Abelson

on behalf of Debtor Salvatore Marzella sjaesq@atrbklaw.com  atrbk1@gmail.com;r49787@notify.bestcase.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 11