Phillip A. Raymond, Esq.
McCalla Raymer Leibert Pierce, LLC
485F US Highway 1 S
Suite 300
Iselin, NJ  08830
Telephone: (732) 902-5399
NJ_ECF_Notices@mccalla.com
Attorneys for Secured Creditor

Order Filed on July 12, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| In re: <br><br> Salvatore Marzella, <br><br><br><br> Debtor. | Chapter 11 <br><br> Case No. 20-24073-KCF <br><br> Hearing Date: July 8, 2021 at 2:00 PM <br><br> Judge: Kathryn C. Ferguson |
|---|---|

### CONSENT ORDER RESOLVING PLAN OBJECTION AND OUTLINING THE TREATMENT OF SECURED CREDITOR

The relief set forth on the following pages, number two (2) through three (3) is hereby

### ORDERED

**DATED: July 12, 2021**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Page 2

Debtor: Salvatore Marzella
Case No.: 20-24073-KCF
Caption of Order: **CONSENT ORDER RESOLVING PLAN OBJECTION AND OUTLINING THE TREATMENT OF SECURED CREDITOR**

---

The undersigned parties resolved JPMorgan Chase Bank, National Association's ("Secured Creditor") Amended Objection to Plan Confirmation, [ECF No. 53] (the "Objection") and addressed Salvatore Marzella's ("Debtor") treatment of Secured Creditor's proof of claim, Claims Register #7, with respect to real property located at 191 Round Hill Drive, Freehold, New Jersey 07728 (the "Claim") through Debtor's Chapter 11 Plan,

**WHEREAS,** Debtor anticipates being offered and accepting a deferment of missed mortgage payments ("Deferment") from Secured Creditor which would address arrears due outside the plan; and

**WHEREAS,** it is anticipated that a Deferment would bring Debtor's account with Secured Creditor contractually current; and

**WHEREAS,** Debtor and Secured Creditor acknowledge that Secured Creditor is processing the Deferment request and Debtor's arrears have not yet been resolved; and

**WHEREAS,** until a Deferment is finalized, Debtor's arrears due to Secured Creditor have not been cured or addressed to completion and remain a delinquency on Debtor's account; and

**WHEREAS,** Secured Creditor anticipates providing a Deferment and receiving the executed agreement from Debtor but it reserves the right to pursue this unresolved default in the event the Deferment is not offered or not accepted by the Debtor; and

**THEREFORE** the parties have consented to the entry of the within Order, and for good cause shown;

**ORDERED AS FOLLOWS:**

1. The Objection is hereby resolved by this order.
2. Secured Creditor shall be entitled to file a Certification of Default to address amounts set for in the Claim in the event that a Deferment is not finalized forty-

Page 3

Debtor:            Salvatore Marzella
Case No.:          20-24073-KCF
Caption of Order:  **CONSENT ORDER RESOLVING PLAN OBJECTION AND OUTLINING THE TREATMENT OF SECURED CREDITOR**

---

five (45) days of confirmation regardless of which party's activity resulted in the incomplete status of a Deferment.

3. Secured Creditor may file an amended proof of claim to reflect the terms of the Deferment, should it be offered and accepted.

4. In the event the instant Chapter 11 bankruptcy case is dismissed or converted to another chapter under the bankruptcy code prior to finalized Deferment, the terms of the note and mortgage shall govern.

Consent to Form and Entry

**McCalla Raymer Leibert Pierce, LLC**  
Attorney for the Secured Creditor

By: _____  
Phillip A. Raymond, Esq.

Date: 7·2·2021

**Abelson Law Offices**  
Attorney for the Debtor

By: _____  
Steven J. Abelson, Esq.

Date: _____

United States Bankruptcy Court

District of New Jersey

In re:                                                                                        Case No. 20-24073-KCF
Salvatore Marzella                                                                            Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                    User: admin                                   Page 1 of 2
Date Rcvd: Jul 12, 2021                 Form ID: pdf903                               Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 14, 2021:**

**Recip ID         Recipient Name and Address**
db              +  Salvatore Marzella, 191 Round Hill Drive, Freehold, NJ 07728-8217

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 14, 2021                         Signature:          /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 12, 2021 at the address(es) listed below:**

**Name**                **Email Address**

Carol L. Knowlton
    on behalf of Creditor Brian Allen cknowlton@gorskiknowlton.com

Charles Virginia
    on behalf of Creditor Trustees of the New York City District Council of Carpenters Benefit Funds cvirginia@vandallp.com
    ecodispoti@vandallp.com;nmarimon@vandallp.com;jharras@vandallp.com

Christian Del Toro
    on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION cdeltoro@martonelaw.com, bky@martonelaw.com

Denise E. Carlon
    on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING dcarlon@kmllawgroup.com
    bkgroup@kmllawgroup.com

Lauren Bielskie
    on behalf of U.S. Trustee U.S. Trustee lauren.bielskie@usdoj.gov

Melissa N. Licker

Case 20-24073-KCF    Doc 79    Filed 07/14/21    Entered 07/15/21 00:13:20    Desc Imaged
Certificate of Notice    Page 5 of 5

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jul 12, 2021 | Form ID: pdf903 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Creditor JPMorgan Chase Bank National Association NJ_ECF_Notices@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Nicole M. Nigrelli | nnigrelli@ciardilaw.com |
| Phillip Andrew Raymond | on behalf of Creditor JPMorgan Chase Bank National Association phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Regina Cohen | on behalf of Creditor Ally Capital rcohen@lavin-law.com ksweeney@lavin-law.com |
| Steven J. Abelson | on behalf of Debtor Salvatore Marzella sjaesq@atrbklaw.com atrbk1@gmail.com;r49787@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 11