UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

ABELSON & TRUESDALE
By: Steven J. Abelson, Esq.
80 West Main Street
PO Box 7005
Freehold, NJ  07728
(732) 462-4773
Attorney for Debtor
ID #SA 7987

In Re:

SALVATORE MARZELLA

Order Filed on July 21, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:     20-24073

Chapter:         11

Judge:          KCF

## ORDER AUTHORIZING RETENTION OF

### THOMAS VETH, CPA

*NUNC PRO TUNC*

The relief set forth on the following page is **ORDERED**.

**DATED: July 21, 2021**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain _____Thomas Veth, CPA_____

as _____, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is:  _107 Memorial Parkway_____
   _Atlantic Highlands, NJ  07716_____
   _____

2. ~~Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).~~  Compensation in the amount of $ 605 is permitted *nunc pro tunc*.

3. If the professional requested a waiver as noted below, it is ☐ Granted   ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

2

United States Bankruptcy Court

District of New Jersey

In re:  
Salvatore Marzella  
    Debtor  

Case No. 20-24073-KCF  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2  
Date Rcvd: Jul 23, 2021      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 25, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Salvatore Marzella, 191 Round Hill Drive, Freehold, NJ 07728-8217 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 25, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 22, 2021 at the address(es) listed below:

**Name**      **Email Address**

Carol L. Knowlton  
     on behalf of Creditor Brian Allen cknowlton@gorskiknowlton.com

Charles Virginia  
     on behalf of Creditor Trustees of the New York City District Council of Carpenters Benefit Funds cvirginia@vandallp.com ecodispoti@vandallp.com;nmarimon@vandallp.com;jharras@vandallp.com

Christian Del Toro  
     on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION cdeltoro@martonelaw.com, bky@martonelaw.com

Denise E. Carlon  
     on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Lauren Bielskie  
     on behalf of U.S. Trustee U.S. Trustee lauren.bielskie@usdoj.gov

Melissa N. Licker

| | |
|---|---|
| | on behalf of Creditor JPMorgan Chase Bank  National Association NJ_ECF_Notices@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Nicole M. Nigrelli | nnigrelli@ciardilaw.com |
| Nicole M. Nigrelli | on behalf of Trustee Nicole M. Nigrelli nnigrelli@ciardilaw.com  sfrizlen@ciardilaw.com;dtorres@ciardilaw.com |
| Phillip Andrew Raymond | on behalf of Creditor JPMorgan Chase Bank  National Association phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Regina Cohen | on behalf of Creditor Ally Capital rcohen@lavin-law.com  ksweeney@lavin-law.com |
| Steven J. Abelson | on behalf of Debtor Salvatore Marzella sjaesq@atrbklaw.com  atrbk1@gmail.com;r49787@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 12