| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>**ABELSON LAW OFFICES**<br> By: Steven J. Abelson, Esq.<br>ID # SA7987<br>80 W Main St.<br>Freehold, New Jersey 07728<br>(732) 462-4773<br>Attorney for Debtors | Order Filed on August 20, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>SALVATORE MARZELLA | Case No: 19-24968<br><br>Chapter 11<br><br>Hearing Date: 8/19/21<br><br>Judge: Hon. KATHRYN C. FERGUSON |

### ORDER APPROVING SECOND AND FINAL FEE APPLICATION OF DEBTOR'S COUNSEL

The relief set forth on the following pages, numbered two (2) through (2)  is hereby **ORDERED**.

**DATED: August 20, 2021**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

**CAPTION OF ORDER:**
ORDER APPROVING SECOND AND FINAL FEE APPLICTION OF DEBTOR'S COUNSEL

**CASE NO**: 20-24073

**DATE OF HEARING**: 8/19/21

**JUDGE**: Hon. Kathryn C. Ferguson

---------------------------------------------------------------------------------------------------------------------

This matter having been opened to the Court by Steven J. Abelson, Esq. as attorney for the Debtor, with notice having been given to the United States Trustee and any parties of interest requesting notice and good cause shown.

It is hereby:

**ORDERED** as follows:

1) Compensation for the Debtor's Counsel, Steven J Abelson, Esq. for the period of 4/16/21through 7/25/21 in connection with the representation of Debtor in the above captioned matter is approved as follows:

    a) Legal Fees in the amount of $ 11,165.00

    b) Expenses in the amount of $ 100.00

2) Counsel is permitted to disburse same from the Attorney Trust Account and any balance is directed to be paid by the Debtor within fourteen (14) days of the Date of this Order.

United States Bankruptcy Court

District of New Jersey

In re:  
Salvatore Marzella  
    Debtor

Case No. 20-24073-KCF  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2  
Date Rcvd: Aug 20, 2021     Form ID: pdf903     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**  
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 22, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Salvatore Marzella, 191 Round Hill Drive, Freehold, NJ 07728-8217 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 22, 2021     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 20, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Carol L. Knowlton | on behalf of Creditor Brian Allen cknowlton@gorskiknowlton.com |
| Charles Virginia | on behalf of Creditor Trustees of the New York City District Council of Carpenters Benefit Funds cvirginia@vandallp.com ecodispoti@vandallp.com;nmarimon@vandallp.com;jharras@vandallp.com |
| Christian Del Toro | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION cdeltoro@martonelaw.com, bky@martonelaw.com |
| Denise E. Carlon | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Lauren Bielskie | on behalf of U.S. Trustee U.S. Trustee lauren.bielskie@usdoj.gov |

Melissa N. Licker
    on behalf of Creditor JPMorgan Chase Bank National Association NJ_ECF_Notices@mccalla.com, mccallaecf@ecf.courtdrive.com

Nicole M. Nigrelli
    nnigrelli@ciardilaw.com

Nicole M. Nigrelli
    on behalf of Trustee Nicole M. Nigrelli nnigrelli@ciardilaw.com sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

Phillip Andrew Raymond
    on behalf of Creditor JPMorgan Chase Bank National Association phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com

Regina Cohen
    on behalf of Creditor Ally Capital rcohen@lavin-law.com ksweeney@lavin-law.com

Steven J. Abelson
    on behalf of Debtor Salvatore Marzella sjaesq@atrbklaw.com atrbk1@gmail.com;r49787@notify.bestcase.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 12