**ABELSON LAW OFFICES**
By: Steven J. Abelson, Esq.
ID # SA 7987
80 West Main Street
P.O. Box 7005
Freehold, New Jersey  07728
(732) 462-4773
Attorney for Debtor

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In Re: | Case No. 20-24073 (KCF) |
| SALVATORE MARZELLA | Chapter   11 |
| Debtors | |

**NOTICE OF SUBSTANTIAL CONSUMMATION**
**PER 11 U.S.C. § 1183 (c)(2)**

Salvatore Marzella, Debtor-in-Possession through Counsel, (Steven J. Abelson, Esq. appearing) hereby submits Debtor's Notice of Substantial Consummation Pursuant to 11 U.S.C. § 1183(c)(2). Per Debtor's Small Business Debtor's Plan of Reorganization (or Liquidation) (Docket # 43), under ¶ 9.26, the effective date is 30 days after entry of the Order Confirming the Plan unless otherwise ordered.  The Order Confirming Plan was entered on July 26, 2021 (Docket No. 89) and thus the effective date would be August 25, 2021.

The Debtor states that the Plan has been substantially consummated within the meaning of 11 U.S.C. § 1101(2) by the Debtor's commencement of distributions under the Plan.

Pursuant to Federal Bankruptcy Rule 2015(a)(6), the obligation to file reports under (a)(6), in accordance with 11 U.S.C. § 308 are terminated as of the effective date of the Plan.

Respectfully submitted,

/s/ Steven J. Abelson
STEVEN J. ABELSON

Dated: August 26, 2021