UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

*Caption in Compliance with D.N.J. LBR 9004-2(c)*

Nicole M. Nigrelli, Esquire
CIARDI CIARD & ASTIN
1905 Spruce Street
Philadelphia, PA 19103
T (215) 557-3550
F (215) 557-3551
nnigrelli@ciardilaw.com
Subchapter V Trustee

*In re:*

SALVATORE MARZELLA,

Debtor.

Case No.:   20-24073(KCF)

Chapter:   11

## CHAPTER 11 SUBCHAPTER V TRUSTEE'S REPORT OF NO DISTRIBUTION

I, Nicole M. Nigrelli, having been appointed trustee of the estate of the above-named debtor, report I collected funds totaling $5,220.00. A plan was confirmed on July 8, 2021 and an order confirming the plan was entered on July 26, 2021. No plan payments were made to the Trustee. According to the Debtor, the plan was substantially consummated and, pursuant to 11 U.S.C. §330(a), on August 20, 2021, the Court ordered compensation of $5,120.00 in fees and $100.00 in expenses for a total of $5,220.00 be awarded to the trustee. These funds were paid by the Debtor to the trustee on August 24, 2021. I hereby certify that my administration of the estate of the above-named debtor has been completed. I request that I be discharged from any further duties as trustee.

Date: September 10, 2021

By: */s/Nicole M. Nigrelli*
Nicole M. Nigrelli,
Subchapter V Trustee