Form order – ntcorder

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  20−24073−KCF
Chapter:  11
Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Salvatore Marzella
  191 Round Hill Drive
  Freehold, NJ 07728

Social Security No.:
  xxx−xx−9422

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

        Please be advised that on December 10, 2021, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 106 − 104
Order Granting Application to Employ Les Kramsky, Esq. as Special Counsel (Related Doc # 104). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 12/10/2021. (ghm)

        Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: December 10, 2021
JAN: ghm

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                          Case No. 20-24073-KCF

Salvatore Marzella                                                              Chapter 11

      Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Dec 10, 2021 | Form ID: orderntc | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol         Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.


**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 12, 2021:**

**Recip ID**              **Recipient Name and Address**
sp                     +  Les R. Kramsky, 27 North Main Street, Malboro, NJ 07746-1439

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 12, 2021                      Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 10, 2021 at the address(es) listed below:

**Name**                          **Email Address**

Carol L. Knowlton
                                  on behalf of Creditor Brian Allen cknowlton@gorskiknowlton.com

Charles Virginia
                                  on behalf of Creditor Trustees of the New York City District Council of Carpenters Benefit Funds cvirginia@vandallp.com
                                  ecodispoti@vandallp.com;nmarimon@vandallp.com;jharras@vandallp.com

Christian Del Toro
                                  on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION cdeltoro@martonelaw.com, bky@martonelaw.com

Denise E. Carlon
                                  on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING dcarlon@kmllawgroup.com
                                  bkgroup@kmllawgroup.com

Lauren Bielskie
                                  on behalf of U.S. Trustee U.S. Trustee lauren.bielskie@usdoj.gov

District/off: 0312-3                              User: admin                                      Page 2 of 2
Date Rcvd: Dec 10, 2021                       Form ID: orderntc                             Total Noticed: 1

Melissa N. Licker
                          on behalf of Creditor JPMorgan Chase Bank  National Association mlicker@hillwallack.com,
                          HWBKnewyork@ecf.courtdrive.com

Nicole M. Nigrelli
                          nnigrelli@ciardilaw.com

Nicole M. Nigrelli
                          on behalf of Trustee Nicole M. Nigrelli nnigrelli@ciardilaw.com  sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

Phillip Andrew Raymond
                          on behalf of Creditor JPMorgan Chase Bank  National Association phillip.raymond@mccalla.com,
                          mccallaecf@ecf.courtdrive.com

Regina Cohen
                          on behalf of Creditor Ally Capital rcohen@lavin-law.com  ksweeney@lavin-law.com

Steven J. Abelson
                          on behalf of Debtor Salvatore Marzella sjaesq@atrbklaw.com  atrbk1@gmail.com;r49787@notify.bestcase.com

U.S. Trustee
                          USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 12